NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE**
**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
**WASHINGTON, D.C.   20001**

UNITED STATES OF AMERICA

vs.                                          Criminal Number   1:23-mj-00149-GMH

William Stover
                    (Defendant)

TO:      ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:      (Please check one)

☐   CJA              ☒   RETAINED              ☐   FEDERAL PUBLIC DEFENDER

/s/Christopher Wiest
                              *(Signature)*

**PLEASE PRINT THE FOLLOWING INFORMATION:**

Christopher Wiest (Ky 002)
                    *(Attorney & Bar ID Number)*
Chris Wiest, Attorney at Law, PLLC
                    *(Firm Name)*
25 Town Center Blvd, Ste. 104
                    *(Street Address)*
Crestview Hills, KY 41017
   *(City)*                *(State)*                *(Zip)*
513-257-1895
                    *(Telephone Number)*